*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-6457-GHK (JEMx) | Date | October 27, 2015 |
|---|---|---|---|
| Title | *Rachel Cody v. SoulCycle Inc.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Motion of Defendant SoulCycle Inc. to Dismiss Complaint [Dkt. 9]

    On September 28, 2015, Defendant SoulCycle Inc. ("Defendant") filed the above-captioned Motion ("Motion"). [Dkt. 9.] On October 9, 2015, Plaintiff Rachel Cody ("Plaintiff") filed a First Amended Complaint ("FAC"). [Dkt. 12.] On October 23, 2015, we issued an Order stating that "Defendant shall have until October 30, 2015, to answer, move, or otherwise respond to the First Amended Complaint." [Dkt. 15.]

    Federal Rule of Civil Procedure 15(a)(1)(B) permits a plaintiff to amend the complaint as a matter of course within twenty-one days after service of a Rule 12(b) motion. Plaintiff's FAC is timely under this requirement. Accordingly, Defendant's Motion is **DENIED** as moot. Furthermore, Defendant's Motion, currently scheduled to be heard on Monday, November 2, 2015 at 9:30 a.m., is hereby **TAKEN OFF CALENDER**. Defendant **SHALL** file a response to the FAC in accordance with our October 23, 2015 Order. [*See* Dkt. 15.]

    **IT IS SO ORDERED.**

                                                                                                                  :         

                            Initials of Deputy Clerk    AB for Bea