E-FILED- 11/23/15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RACHEL CODY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOULCYCLE INC.,<br><br>Defendant. | CASE NO. 2:15-CV-06457-GHK-JEM<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FAC**<br><br>FAC Filed: October 9, 2015<br>Current Deadline: November 23, 2015<br>New Deadline: November 25, 2015<br>Judge: Hon. George H. King<br>Ctrm: 650 |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE |
| 3 | APPEARING, IT IS HEREBY ORDERED THAT: |
| 4 | Defendant SoulCycle Inc. shall have until November 25, 2015 to file its |
| 5 | Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the First |
| 6 | Amended Complaint. |
| 8 | IT IS SO ORDERED. |
| 10 | DATED: 11/23/15 |
| 11 | Hon. George H. King<br>United States District Judge |

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defendant SoulCycle Inc. shall have until November 25, 2015 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint.

IT IS SO ORDERED.

DATED: 11/23/15

_____
Hon. George H. King
United States District Judge